**UNITED STATES COURT OF INTERNATIONAL TRADE**                     FORM 7A

KOCH SUPPLY AND TRADING, LP,

                                    Plaintiff,                               Court No.  20-00063

         v.

UNITED STATES, et al

                                    Defendant.

### NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: 3/31/2023

Kenneth G. Weigel
_____
                    Attorney for Plaintiff
950 F Street, NW
_____
                    Street Address
Washington DC, 20004
_____
                    City, State and Zip Code
202-239-3431
_____
                    Telephone No.

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated:  March 31, 2023                    Clerk, U. S. Court of International Trade


By: _____ /s/ Steve Taronji _____
                    Deputy Clerk